# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 16, 2025

### NO.  03-24-00711-CV

**Myilette Thompson, Appellant**

**v.**

**Tracey Moore, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED FOR WANT OF PROSECUTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on August 28, 2024.  Having reviewed the record, the Court holds that Myilette Thompson has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.